# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **ELEKTRA ENTERTAINMENT GROUP, INC., et al.,** : | |
| **Plaintiff** : | |
| v. : | 5:06-CV-351 (WDO) |
| **ROBERT BUECHNER,** : | |
| **Defendant** : | |

## ORDER

Pursuant to this Court's November 2, 2006 order, Defendant was granted an extension of time to file his answer by December 4, 2006. A review of the docket shows no activity in this case after that date. Plaintiffs are HEREBY ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute. Failure to show cause within ten (10) days of the date of this order shall result in the matter being dismissed with prejudice.

SO ORDERED this 6th day of February, 2007.

S/
**WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**